UNITED STATES DISTRICT COURT
FOR SOUTHERN FLORIDA

DANA RICKETTS

V.

SCRIPPS MEDIA
PALM BEACH POST
SINCLAIR BROADCAST GROUP



FILED BY_____ D.C.

FEB 10 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR DEFAMATION

COME NOW, plaintiff Dana Ricketts

1. plaintiff was at all times herein a resident of the state of New Jersey.
2. Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. 1391.
3. on January 27, 22 through May 2024, defendants both orally and in writing, to the public I had committed a smash and grab burglary, slandering me that I was cross-dresser. Which is not true.
4. The statement was made by defendants were known to be false and were made without justification or cause and were maliciously for the purpose of causing injury to plaintiff's reputation and safety in society.
5. As a direct and proximate result of defendants false allegation and defamatory statement to the public, the reputation plaintiff's has damaged her life and safety.
6. As a direct and proximate result of defendants false and defamatory statements, plaintiff has been deprived of her freedom of movement, equal protection and association.

## FACTS

7. defendants have slander and defamed my identity knowing with out and burden of proof base on here-say. Due to the false statements to the public, I fear for my safety in society. I am not a cross-dresser or a man.
8. As a result of these unconstitutional actions by the defendants, plaintiff's trauma deliberate indifference and slander and is in fear for her safety, I am not able to work.
9. DNA was inconclusive and there were never any handbags discovered because owner planned for his store to break in for insurance fraud.

## FIFTH AMENDMENT
## DUE PROCESS/EQUAL PROTECTION CLAUSE

10. "No person shall...be deprived of life, liberty, or property, without due process of law". U.S Const. Amend.V.

## EIGHT AMENDMENT
## CRUEL AND UNUSAL PUNISMENT

"Excessive bail shall not be required, nor excessive fine imposed, nor cruel and unusual punishments inflicted". U.S. Const.Amend.VIII

## PRAYER

11. wherefore plaintiff's demands judgment against defendants(s) in the sum of $900,000 dollars and costs and for such other and further relief as this court deems just and proper under the circumstances to delete any information pertaining to my name on the google and any other media platform pertaining to this case.

## JURY DEMAND

pursuant to Federal Rule of Civil Procedure 38(b), plaintiff's Dana Ricketts hereby demands a trial by jury as to all issues so triable.

Respectfully,
Dana Ricketts

Dana Dicketts
5043 E. Stagg Ave
Basile, LA 70515

0424647279



United States District Court
Southern Florida
400 North Miami Ave
Miami, FL 33128

FEB 10 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

INDIGENT

SLIPC
CENSOR
NOT RESPONSIBLE FOR
THE CONTENT OF
THIS LETTER

Legal mail